IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELVIN WAYNE SEAMONS,

    Petitioner,

v.

CHARLES DANIELS, Superintendent,
FPC Sheridan,

    Respondent.

Civil No. 05-861-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Respondent's Motion to Dismiss (#8) is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

DATED this __18th__ day of November, 2005.

                                        __/s/ Anna J. Brown__
                                          ANNA J. BROWN
                                      United States District Judge